LAW OFFICE OF

### JESSE M. SIEGEL

The Woolworth Building
233 Broadway, Suite 707
New York, New York 10279

(Tel) 212-207-9009
(Fax) 212-732-1339

JesseMSiegel@aol.com

February 14, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___02/14/2020___
```

**BY ECF**

Hon. Valerie E. Caproni, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

## MEMO ENDORSED

Re: *United States v. Velez,* 19 Cr. 862 (VEC).

Dear Judge Caproni:

      I am CJA counsel to Luis Sepulveda, a defendant in the above case.  A retained attorney, Jaime Santana, has filed a Notice of Appearance for Mr. Sepulveda.  Therefore, I ask that I be relieved as his counsel.

      Thank you for your attention to this application.

Application GRANTED.  The Clerk of Court is respectfully requested to terminate Mr. Siegel as counsel for Mr. Sepulveda.

SO ORDERED.      Date: 02/14/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Very truly yours,

/s/
Jesse M. Siegel