USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                 :
:
        -v-                       :      19-CR-862 (VEC)
:
LUIS SEPULVEDA,                                                          :      ORDER
:
        Defendant.                :
:
------------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

    WHEREAS a change-in-counsel conference was scheduled for Thursday, November 12, 2020, at 9:00 A.M.; and

    WHEREAS the Metropolitan Detention Center did not produce the Defendant via the CourtCall platform at the stated time;

    IT IS HEREBY ORDERED that the conference is rescheduled for **Friday, November 13, 2020, at 9:30 A.M.** The parties and interested members of the public may attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 0862. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

    **SO ORDERED.**

**Dated: November 12, 2020**
       **New York, New York**                      _____
                                                            **Valerie Caproni**
                                                           **United States District Judge**