**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2020

LAW OFFICE OF
JESSE M. SIEGEL
The Woolworth Building
233 Broadway, Suite 707
New York, New York 10279

(Tel) 212-207-9009
(Fax) 212-732-1339

JesseMSiegel@aol.com

November 25, 2020

**BY ECF**

Hon. Valerie E. Caproni, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

        Re: *United States v. Velez,* 19 Cr. 862 (VEC).

Dear Judge Caproni:

    My client, Luis Sepulveda, waives his right to personally appear at the December 10th status conference in order to avoid having to be quarantined upon return to MDC Brooklyn. He agrees to appear solely by counsel.

    Thank you for your attention. I hope you and your staff have a healthy and happy holiday.

                                                 Very truly yours,

                                                        /s/

Counsel for Mr. Sepulveda must join counsel for Mr. Sepulveda' co-defendants at the status conference on **Thursday, December 10, 2020, at 11:00 A.M.** Counsel for the parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 0862. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

The Clerk of Court is respectfully directed to close the open motion at docket entry 277.

SO ORDERED.

*Valerie Caproni*                Date: November 25, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE