USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA             :
                                     :
    -against-                        :         19-CR-862 (VEC)
                                     :
                                     :         ORDER
LUIS SEPULVEDA, RAIMUNDO NIEVES,     :
EZEQUIEL OSPINA,                     :
                                     :
                        Defendants.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference with Defendants Luis Sepulveda, Raimundo Nieves, and Ezequiel Ospina is currently scheduled for Thursday, July 1, 2021 at 11:00 A.M., Dkt. 404;

WHEREAS a change-of-plea proceeding has been scheduled in Mr. Sepulveda's case, Dkt. 417;

WHEREAS the Metropolitan Detention Center ("MDC") is requiring inmates to quarantine upon return from in-Court proceedings;

WHEREAS Mr. Nieves requested that he be allowed to participate in the conference remotely to avoid MDC's quarantine requirement, Dkt. 416; and

WHEREAS the Southern District of New York is no longer requiring vaccinated persons to wear masks during non-trial proceedings, if all participants are vaccinated;

IT IS HEREBY ORDERED that due to a conflict in the MDC's calendar, the proceeding is rescheduled to **Thursday, July 1, 2021 at 12:00 P.M.**

IT IS FURTHER ORDERED that Mr. Sepulveda is excused from attending this status conference.

IT IS FURTHER ORDERED that Mr. Nieves's request to attend the proceeding remotely is granted.  Mr. Nieves may attend the proceeding via telephone.  Mr. Nieves's counsel, Mr. Ospina, Mr. Ospina's counsel, and the Government must attend the proceeding in person.

IT IS FURTHER ORDERED that, in light of the new SDNY protocols, Mr. Ospina's counsel must inform the Court by no later than 3 business days prior to the proceeding whether he and Mr. Ospina have been fully vaccinated against COVID-19; Mr. Nieves's counsel and the prosecutor must similarly inform the Court whether they have been vaccinated on the same time schedule.  As Mr. Nieves will be attending the proceeding remotely, the Court does not require notification about his vaccination status.  These notifications may be made via email to Chambers.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the enclosed instructions.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

IT IS FURTHER ORDERED that interested members of the public may attend any of the in person conferences by dialing 1-888-363-4749, using the access code 3121171 and the security code 0862.  All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

The Clerk of Court is respectfully directed to close the open motion at docket entry 416.

**SO ORDERED.**

**Dated: June 15, 2021**
    **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.