USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
              -v-                                                 :     19-CR-862 (VEC)
                                                                  :
LUIS SEPULVEDA,                                                   :     ORDER
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

Valerie Caproni, United States District Judge:

WHEREAS a change-of-plea hearing in this matter is currently scheduled for Thursday, July 1, 2021 at 10:00 A.M.;

WHEREAS the Metropolitan Detention Center is requiring inmates to quarantine upon return from in-Court proceedings;

WHEREAS on June 28, 2021, Defense counsel informed the Court that Mr. Sepulveda may lose his work assignment if he has to quarantine upon return from an in-person hearing; and

WHEREAS the Court remains hopeful that the MDC will soon end its quarantine policy given the decrease in COVID-19 cases and the wide availability of vaccinations, including for incarcerated persons;

IT IS HEREBY ORDERED that the change-of-plea hearing is adjourned to **Tuesday, July 27, 2021 at 10:00 A.M.** The change-of-plea proceeding will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Although the Court is hopeful that MDC will change its quarantine policy, the proceeding will be held in person regardless of whether or not the policy has changed.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire

and have his or her temperature taken.  Please see the enclosed instructions.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.

    IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

    IT IS FURTHER ORDERED that interested members of the public may attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 0862.  All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Dated: June 28, 2021**
    **New York, NY**

                                   **VALERIE CAPRONI**
                                   **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.