**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2021

LAW OFFICE OF
# JESSE M. SIEGEL

The Woolworth Building
233 Broadway, Suite 707
New York, New York 10279

(Tel) 212-207-9009
(Fax) 212-619-6742

JesseMSiegel@aol.com

October 26, 2021

**BY ECF**

Hon. Valerie E. Caproni, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Velez,* 19 Cr. 862 (VEC).

Dear Judge Caproni:

  As counsel to Luis Sepulveda, a defendant in the above-referenced matter, I request that sentencing, currently scheduled for November 12th at 3:00 pm., be adjourned to a date convenient for the Court on or after December 13th, and that the briefing schedule be modified accordingly. (Should the Court not be available until January, please be aware that I am scheduled to start a long trial on January 10th.) I have spoken with A.U.S.A. Adam Hobson, who consents to this request on behalf of the government. I have not made a prior request for adjournment of sentencing.

  I make this application because the Court has recently approved my request for authorization to retain a psychologist pursuant to the Criminal Justice Act, to examine Mr. Sepulveda and prepare a report for sentencing, and the additional time is necessary for him to do so. In addition, due to recent lockdowns and restrictions at MDC Brooklyn, it has been very difficult to communicate with Mr. Sepulveda.

  Thank you for your attention to this application.

Very truly yours,

/s/
Jesse M. Siegel

Application GRANTED.

Mr. Sepulveda's sentencing, currently scheduled for Friday, November 12, 2021 at 3:00 P.M., is adjourned to **Thursday, January 6, 2022 at 11:00 A.M.** The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

The Government and Defense's deadline to file sentencing submissions is adjourned to **Friday, December 17, 2021**.

SO ORDERED.

Date: October 26, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE